STATE v. HINNANT

No. 636P83.

Case below: 65 N.C. App. 130.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 2 February 1984.

STATE v. LANGLEY

No. 587P83.

Case below: 64 N.C. App. 674.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 February 1984.

STATE v. PROCTOR

No. 324P83.

Case below: 62 N.C. App. 233.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 February 1984.

STATE v. SIMMONS

No. 596P83.

Case below: 64 N.C. App. 727.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 February 1984.

STATE v. SMITH

No. 614P83.

Case below: 65 N.C. App. 222.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 February 1984.